**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

ANDREA SILVERMAN, PC
(AS5218)
150 River Road,
Unit H4
Montville, NJ 07045
Phone: 973-794-2960
Attorney for Debtor

Order Filed on March 9, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Miguel A. Mancebo

       Debtors.

Case No.    15-20435

Chapter:    13

Hearing: December 8, 2015 @ 10:00 a.m.

Judge:    Rosemary Gambardella

### ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEY FEES FOR SERVICES RENDERED PURSUANT TO 11 U.S.C. § 503(b)

The relief set forth on the following pages numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: March 9, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page:      2
Debtors:   Miguel A. Mancebo
Case No.:  15-20435
Caption:   Order For Allowance of Pre-Confirmation Attorney Fees for Services Rendered Pursuant to 11 U.S.C. § 503(b)

**THIS MATTER** being opened to the Court by Andrea Silverman., attorney for the debtors, Miguel A. Mancebo, for an Order for an Allowance of Fees to the debtor's attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

**ORDERED**, that the attorney for the debtor is hereby allowed the sum of $7,957.50 as her fee and $231.46 for costs and expenses of which $5,000.00 has been previously received and which the remaining balance of $3,188.96 shall be paid to said attorney thrugh the Debtor's Plan; and it is further,

**ORDERED**, that the Debtors' plan payment shall be determined at confirmation.; and it is further,

**ORDERED**, that should this case terminate due to dismissal, or for any reason other than conversion, Marie-Ann Greenberg, Esq. Chapter 13 Trustee, shall pay this amount to the Movant prior to releasing any monies to the Debtors.

United States Bankruptcy Court
District of New Jersey

In re:  
Miguel A. Mancebo  
    Debtor

Case No. 15-20435-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 09, 2016  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2016.  
db         +Miguel A. Mancebo,    409 Newburgh Court, Unit F,    West New York, NJ 07093-8338

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2016 at the address(es) listed below:  
             Andrea   Silverman    on behalf of Debtor Miguel A. Mancebo court@andreasilvermanlaw.com  
             John Philip Schneider    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE GE-WMC ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-1 nj.bkecf@fedphe.com  
             Marie-Ann   Greenberg    magecf@magtrustee.com  
                                                                                                 TOTAL: 3